*IN THE UNITED STATES DISTRICT COURT*
*EASTERN DISTRICT OF ARKANSAS*
*WESTERN DIVISION*

UNITED STATES OF AMERICA

v.                    NO. 4:09CR00232-002 SWW

DERICK RAY BEARDEN

## ORDER AMENDING JUDGMENT

It has come to the Court's attention that the Judgment & Commitment as to the above-named defendant should be amended to reflect that the sentence imposed shall run concurrently to an additional undischarged term of imprisonment.

IT IS THEREFORE ORDERED that the Judgment and Commitment [docket #98] be amended to reflect the sentence imposed as follows:

> The defendant is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a total term of:
> TWENTY-FOUR (24) MONTHS to be served concurrently to the undischarged term of imprisonment in Dkt. No. CR2009-2202 and CR2009-45 (18 U.S.C. § 3584 and US.S.G. § 5G1.3[b][2]) in the Arkansas Department of Correction.

IT IS FURTHER ORDERED that all other terms and conditions of defendant's Judgment and Commitment shall remain unchanged and in full force and effect.

DATED this 21st day of April 2011.

/s/Susan Webber Wright
United States District Judge