**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                                              PLAINTIFF

vs.                                       NO.  4:09CR00232-02  SWW

DERICK RAY BEARDEN                                                                    DEFENDANT

### ORDER

The above entitled cause came on for hearing on the government's motion to revoke the supervised release previously granted this defendant in the United States District Court for the Eastern District of Arkansas.  Upon the basis of statements on the record,  the Court found that the defendant has violated the conditions of supervised release without just cause.  However, the Court has determined that defendant's supervised release should not be revoked at this time but instead will modify the conditions.

IT IS THEREFORE ORDERED that the government's motion to revoke [doc #138] is *denied* without prejudice and the defendant's term of supervised release shall be modified to include the following special conditions:

   1. The defendant shall serve a period of SIX (6) MONTHS in a residential re-entry center under the guidance and supervision of the U. S. Probation Office. The defendant is to remain in custody until the date he enters the residential re-entry center.

   2. The defendant shall resume mental health counseling under the guidance and supervision of the U. S. Probation Office.

   3. Defendant shall participate in some type of self-help programs such as AA or NA under the guidance and supervision of the U. S. Probation Office.

   4.  Defendant shall maintain or be actively seeking employment under the guidance and supervision of the U. S. Probation Office.

All other conditions of defendant's supervised  release  previously imposed shall continue and remain in full force and effect until the expiration of his term of supervised  release.  The Court

reminds defendant that any further violation of the terms of his supervised release could result in revocation of his release.

IT IS FURTHER ORDERED that the defendant shall be remanded to custody and the execution of the sentence in this matter is held in abeyance pending defendant's placement in the designated residential re-entry center.

IT IS SO ORDERED this 9th day of May 2014.

/s/Susan Webber Wright

United States District Judge